135 A.3d 178

COMMONWEALTH of Pennsylvania, Respondent,

v.

Taurus Kenyata GILBERT, Petitioner.

Supreme Court of Pennsylvania.

April 22, 2016.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of April, 2016, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, are:

1) Does the application of the Sex Offender Registration and Notification Act ("SORNA"), 42 Pa.C.S. § 9799.10 *et seq.*, to [petitioner] violate [petitioner's] procedural due process rights under the Federal and Pennsylvania Constitutions, when [petitioner] was no longer serving a criminal sentence at the time SORNA became effective?

2) Does SORNA violate the *Ex Post Facto* Clause of the Federal Constitution when SORNA's purpose or effect is so punitive that it constitutes a retroactive increase in punishment when applied to [petitioner]?

3) Does SORNA violate the *Ex Post Facto* Clause of the Constitution of the Commonwealth of Pennsylvania when SORNA's purpose or effect is so punitive that it constitutes a retroactive increase in punishment when applied to [petitioner]?

The Prothonotary is directed to schedule briefing and argument in this matter together with the following matters presenting related issues: *Commonwealth v. Muniz,* 684 MAL 2015 and *Commonwealth v. Reed,* 557 WAL 2014.